

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-18-00851-CV

Stephanie **VELA**, Individually and as Next Friend of Juliet Banuelos,
Appellants

v.

James **KEISER**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI17844
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: May 29, 2019

AGREED MOTION GRANTED; VACATED AND REMANDED

On May 15, 2019, the parties filed an agreed motion asking this court to set aside the trial court's judgment without regard to the merits and to remand to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). After review, we grant the motion and order the trial court's judgment vacated without regard to the merits of the appeal. *See id.* We further order this case remanded to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See id.* We order that appellee James Keiser recover his costs of appeal, if any, from appellants Stephanie Vela, Individually and

as Next Friend of Juliet Banuelos. *See id.* R. 42.1(d) (stating absent agreement of parties, court will tax costs against appellant)

PER CURIAM